No. 201. CENTRAL ICE CREAM Co. *v.* GOLDENROD ICE CREAM Co. C. A. 7th Cir. Certiorari denied. *William C. Wines* and *Daniel J. Ryan* for petitioner. *Philip A. Rose* and *Claude A. Roth* for respondent.

No. 202. VON KALINOWSKI *v.* UNITED STATES. Court of Claims. Certiorari denied. *Julian O. von Kalinowski* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 204. CHRISOS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Morris A. Shenker, Bernard J. Mellman* and *Murry L. Randall* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Kirby W. Patterson* for the United States.

No. 207. MILLER *v.* WELLER ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Arlin M. Adams* and *Samuel D. Slade* for respondents.

No. 208. GENERAL DRIVERS ALLIED AUTOMOTIVE & PETROLEUM LOCAL UNION No. 498 ET AL. *v.* HIGGINS ET AL. Supreme Court of Kansas. Certiorari denied. *Herbert S. Thatcher, David Previant* and *John Manning* for petitioners. *J. E. Schroeder, Jay W. Scovel, Charles R. Kaufman* and *Kenneth C. McGuiness* for respondents.

No. 211. LOCAL No. 11, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRONWORKERS, AFL–CIO *v.* HUGHES. C. A. 3d Cir. Certiorari denied. *Mozart G. Ratner* for petitioner. *John J. Bracken* for respondent.